UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:18-cr-00301 |
| | ) JUDGE RICHARDSON |
| MARGARET STELLA FISHER | ) |

## ORDER

This case is to be closed administratively subject to being re-opened if this defendant were to resurface. This administrative action is not intended to affect any substantive rights or substantive aspects of this case.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE